1 | Wajda Law Group, APC
2 | Nicholas M. Wajda (State Bar No. 259178)
  | 6167 Bristol Parkway, Suite 200
3 | Culver City, CA 90230
  | Telephone: (310) 997-0471
4 | Facsimile: (866) 286-8433
  | Email: nick@wajdalawgroup.com
5 | *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. APODACA, | Case No. 2:19-cv-06596-DSF-PJW |
| Plaintiff, | **CERTFICATE OF SERVICE** |
| v. | Complaint Filed: July 30, 2019 |
| ADVANCED CALL CENTER TECHNOLOGIES, LLC, | |
| Defendant. | |

1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

SERVED

| | |
|---|---|
| JAMES L. APODACA, <br><br> *Plaintiff(s)* <br><br> v. <br><br> ADVANCED CALL CENTER TECHNOLOGIES, LLC, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:19-cv-06596 -CAS (PJWx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Advanced Call Center Technologies, LLC
c/o Registered Agent
C T Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicholas M. Wajda
Wajda Law Group, APC
11400 West Olympic Boulevard, Suite 200M
Los Angeles, CA 90064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
*CLERK OF COURT*

Date: 07/30/2019                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-06596 -CAS (PJWx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Advanced Call Center Technologies, LLC
was received by me on *(date)* 08/09/2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Albert Damonte, registered agent for service CT Corporation Systems, Inc. , who is
designated by law to accept service of process on behalf of *(name of organization)* Advanced Call Center Technologies, LLC
at 818 West 7th Street #930 Los Angeles, CA 90017 on *(date)* 08/06/2019 at 11:40 am; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/15/2019

*Server's signature*

JUDITH SMITH - LA COUNTY REG# 2013100780

*Printed name and title*

1439 N. HIGHLAND AVENUE
LOS ANGELES, CA 90028

*Server's address*

Additional information regarding attempted service, etc:

LIST OF DOCUMENTS SERVED:

SUMMONS; COMPLAINT; STANDING ORDER FOR CASES ASSIGNED TO JUDGE DALE S. FISCHER; NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;