Michael C. Douglass (SBN 208442)
Michael.Douglass@wilsonelser.com
Valeria Granata (SBN 305905)
Valeria.Granata@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 S. Flower Street, Suite 2900
Los Angeles, CA 90071
Telephone: 213-443-5100
Facsimile: 213-443-5101
*Attorneys for Defendant Advanced Call Center Technologies, LLC*

NICHOLAS M. WAJDA (State Bar #259178)
Attorney Email Address: nick@wajdalawgroup.com
**WAJDA LAW GROUP, APC**
11400 West Olympic Boulevard, Suite 200M
Los Angeles, California 90064
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for Plaintiff*

ERIC D. COLEMAN (*Pro Hac Vice*)
Attorney Email Address: ecoleman@sulaimanlaw.com
**SULAIMAN LAW GROUP, LTD.**
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181 ext. 105
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. APODACA,<br><br>     Plaintiff,<br><br>v.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC<br><br>     Defendant. | Case No.: 2:19-cv-06596-CAS (PJWx)<br>District Judge: Christina A. Snyder<br>Magistrate Judge: Patrick J. Walsh<br><br>**Stipulation To Extend Time To Respond To Initial Complaint By Not More Than 30 Days (L.R. 8-3)**<br><br>Complaint Served: August 9, 2019<br>Current Response Date: August 30, 2019<br>New Response Date: September 27, 2019 |

IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, by and between plaintiff James L. Apodaca and defendant Advanced Call Center Technologies, LLC, through their undersigned counsel, that Defendants may have a twenty-eight (28) day extension of time, up to and including September 27, 2019, to file an answer or otherwise respond to plaintiff's Complaint in the above-captioned action. No prior extension has been requested by defendant.

Pursuant to Local Rule 5-4.3.4(2),the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

Dated: August 28, 2019

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _____
Michael C. Douglass
Valeria Granata
Attorneys for Defendant
ADVANCED CALL CENTER TECHNOLOGIES, LLC.

Dated: August 28, 2019

**SULAIMAN LAW GROUP, LTD.**

By: */s/Eric D. Coleman*
Eric D. Coleman
Attorney for Plaintiff
JAMES L. APODACA

- 2 -

**Stipulation To Extend Time To Respond To Initial Complaint By Not More Than 30 Days (L.R. 8-3)**

3445717v.1