ERIC D. COLEMAN
ecoleman@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. APODACA, | Case No. 2:19-cv-06596-DSF-PJW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| ADVANCED CALL CENTER TECHNOLOGIES, LLC, | |
| Defendant. | |

NOW COMES the Plaintiff, James L. Apodaca, ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, Advanced Call Center Technologies, LLC, with prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted this 8th day of January 2020.

1

                    s/ Eric D. Coleman
                    Eric D. Coleman
                    *Admitted Pro Hac Vice*
                    Sulaiman Law Group, Ltd.
                    2500 S. Highland Avenue, Suite 200
                    Lombard, IL 60148
                    (630) 575-8181
                    ecoleman@sulaimanlaw.com
                    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                    s/ Eric D. Coleman
                    Eric D. Coleman